IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3037 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOSE JAVIER HERNANDEZ-CERRATO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for furlough (filings 97 and 98) is denied without prejudice to a furlough request to the proper party, that is, the Bureau of Prisons.

Dated January 16, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge