IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3037 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE JAVIER HERNANDEZ-CERRATO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   Upon agreement of counsel, the defendant's entitlement to a reduction in sentence as a result of Amendment 782 has been mooted by the reduction effectuated in my ruling under Rule 35(b).

(2)   The defendant's motion to reduce sentence (filing no. 101) is denied as moot.

(3)   The Clerk shall provide a copy of this order to SUPSO Kelly Nelson, AUSA John Higgins, and FPD David Stickman.  The Clerk shall also provide notice to AUSA Matt Molsen and Attorney Jerry J. Sena.

DATED this 22nd day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge